630

*Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely, and Wm. H. Riley, Jr.,* for respondent.

No. 247. HUGHSON *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Edward I. Barry* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, Paul D. Miller, Wm. H. Riley, Jr.,* and *Miss Helen R. Carloss* for the United States.

No. 248. LaFATCHA ET AL. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Jonathan Taylor* and *Charles Schnee* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, Mahlon D. Kiefer,* and *Erwin N. Griswold* for the United States.

No. 249. ROYAL MAIL STEAM PACKET Co. *v.* FRANKLIN FIRE INSURANCE Co. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. G. Noyes Slayton* for petitioner. *Mr. Forest E. Single* for respondent.

No. 250. LOGAN *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Ralph A. Barney* and *Clarence Lohman* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Erwin N. Griswold* and *Nat M. Lacy* for the United States.